IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Senea Coyne,<br><br>    Plaintiff,<br>v.<br><br>Coloplast Corp.<br><br>    Defendant. | §<br>§<br>§<br>§<br>§  Case No. 1:21-cv-00086-DAE<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court are Defendant Liquid Coloplast Corp.'s MOTION to Exclude the Testimony and Opinions of Neeraj Kohli, MD, MBA; MOTION to Exclude the Testimony and Opinions of Jimmy Mays, PhD; MOTION to Exclude the Testimony and Opinions of Peggy Pence, PhD; and MOTION to Exclude the Testimony and Opinions of Bruce Rosenzweig, MD (Dkt. Nos. 48, 49, 50, 52). The motions are referred for disposition pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. Authority to enter this Order stems from 28 U.S.C. § 636(b)(1)(A).

**IT IS ORDERED** that the motions are set for a 90-minute, in-person hearing on **December 14, 2023 at 3:00 pm** in Courtroom 3 of the United States Courthouse, 501 West Fifth Street, Austin, TX.

**SIGNED** November 14, 2023.

                _____
                DUSTIN M. HOWELL
                UNITED STATES MAGISTRATE JUDGE