AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| SENEA COYNE, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:21-CV-00086-DAE |
| COLOPLAST CORP., | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Court GRANTS Defendant's Motion for Summary Judgment. Plaintiff's claims against Coloplast are hereby DISMISSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge David Alan Ezra on a motion for Summary Judgment.

Date: 06/12/2024

Philip J. Devlin
*CLERK OF COURT*

*Deanna Massie*
*Signature of Clerk or Deputy Clerk*