# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 03, 2024

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 24-50552   Coyne v. Coloplast
                         USDC No. 1:21-CV-86

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Casey A. Sullivan, Deputy Clerk
                        504-310-7642

cc w/encl:
    Mr. Austin Evans
    Ms. Heather Michelle Howard
    Mr. Val Leppert
    Mr. Ben C. Martin
    Mr. Oliver Peter Thoma

Case 1:21-cv-00086-DAE   Document 90   Filed 12/03/24   Page 2 of 2



**A True Copy**
**Certified order issued Dec 03, 2024**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 3, 2024
Lyle W. Cayce
Clerk

No. 24-50552

---

Senea Coyne,

> *Plaintiff—Appellant,*

versus

Coloplast Corp.,

> *Defendant—Appellee.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-86

---

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of December 03, 2024, pursuant to appellant's motion.

> LYLE W. CAYCE
> Clerk of the United States Court
> of Appeals for the Fifth Circuit
>
> By: _____
> Casey A. Sullivan, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT